Johnathan Ruffin
1914680
HUGHES UNIT
T.Ct.No.1378326-A/WR-82,256-02

82,256-02

TO: Mr. Abel Acosta

On 13th day of April 2015, I Send You a Objection to the States findings of facts. I deposited in Prison mailbox With first-class Postage Pre-Paid on Same day have You received it and if so on what day?

I received a card Saying that You have received my my application for 11.07 and I'll like for my Objection to be Seen along with my application. I have Send a Copy of my Objection to the Harris.Co. District Clerk to be filed and to be on record

Sincerely
Johnathan Ruffin
Johnathan Ruffin

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 28 2015

Abel Acosta, Clerk